
**FILED**

07/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0571

ORIGINAL

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0571

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

TRISTAN MICHAEL LANGFORD,

    Defendant and Appellant.

O R D E R

Counsel for Appellant Tristan Michael Langford filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). This Court granted Langford time to respond, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude no arguments with potential legal merit can be raised on direct appeal.

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Langford personally.

DATED this 16 day of July, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
                    **Justices**